Honorable Judge Marsha J. Pechman
Hearing Date May 29, 2025
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLI MCCLURE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROCKETREACH LLC,<br><br>　　　　　　　Defendant. | CAUSE NO. 2:25-cv-00986-MJP<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Kelli McClure and Defendant RocketReach LLC hereby jointly move the Court for an order extending the deadline for Defendant to respond to Plaintiff's Complaint.

On April 10, 2025, Plaintiff filed the summons and complaint against Defendant in the Superior Court for the State of Washington in and for the County of King ("State Court").

On May 23, 2025, Defendant filed a Notice of Removal to the U.S. District Court for the Western District of Washington.

Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant's deadline to respond to the Complaint in the U.S. District Court for the Western District of Washington would be May 30, 2025.

STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 1

CAUSE NO. 2:25-cv-00986-MJP

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

In light of the parties' agreement, to allow Defendant time for further investigation of the claims and underlying facts and to evaluate potential defenses, and because a brief extension will not prejudice Plaintiff, the parties hereby stipulate and agree that Defendant's deadline to respond to the Complaint is extended to July 7, 2025.

Now, the parties jointly ask the Court to extend Defendant's deadline to respond to the Complaint to July 7, 2025.

WHEREFORE, the parties respectfully request an Order modifying the current case deadlines as described herein.

## ORDER

IT IS SO ORDERED that the Defendant's deadline to respond to the Complaint is hereby extended to July 7, 2025.

DATED this __30th__ day of __May___, 2025

_____
Honorable Judge Marsha J. Pechman

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of May, 2025.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Patrick Lynch*
Patrick Lynch, WSBA #53147
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-6665 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
Patrick.lynch@wilsonelser.com

*Attorney for Defendant*

STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 2

CAUSE NO. 2:25-cv-00986-MJP

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1         DATED this 29th day of May, 2025.

*/s/ Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
EMERY REDDY PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

Joseph I. Marchese, *Pro Hac Vice*
Matthew A. Girardi, *Pro Hac Vice*
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY
Telephone: (646) 837-7127
Facsimile: (212) 989-9163
ykopel@bursor.com
mgirardi@bursor.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 3

CAUSE NO. 2:25-cv-00986-MJP

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1

**CERTIFICATE OF SERVICE**

2

    The undersigned certifies that on May 29, 2025, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

3

4

| *Counsel for Plaintiff* <br><br> Timothy W. Emery, WSBA #34078 <br> Patrick B. Reddy, WSBA #34092 <br> Paul Cipriani, WSBA #59991 <br> EMERY REDDY PLLC <br> 600 Stewart St., Suite 1100 <br> Seattle, WA 98101 <br> emeryt@emeryreddy.com <br> reddyp@emeryreddy.com <br> paul@emeryreddy.com <br><br> Joseph I. Marchese, *Pro Hac Vice* <br> Matthew A. Girardi, *Pro Hac Vice* <br> BURSOR & FISHER, P.A. <br> 1330 Avenue of the Americas, 32nd Floor <br> New York, NY <br> ykopel@bursor.com <br> mgirardi@bursor.com | ☒ U.S. Mail <br> ☐ Hand Delivery <br> ☐ Facsimile <br> ☐ Overnight <br> ☒ E-mail <br> ☒ E-Service via Court Application <br> ☐ Messenger |
|---|---|

    I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 29th day of May, 2025, at Seattle, Washington.

                                                    */s/Yhon Frakes* <br>
                                                    Yhon Frakes, Legal Assistant <br>
                                                    Yhon.frakes@wilsonelser.com

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT – 4

CAUSE NO. 2:25-cv-00986-MJP

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** <br>
520 PIKE STREET, SUITE 2350 <br>
SEATTLE, WA 98101 <br>
(206) 709-5900 (MAIN) <br>
(206) 709-5901 (FAX)